Silver Springs and Western Railroad Company, a corporation under the laws of the State of Florida, Globe Phosphate Mining and Manufacturing Company, a corporation under the laws of the State of Florida, and Herbert L. Anderson, Appellants, vs. St. Petersburg State Bank, a corporation under the laws of the State of Florida, Appellee.

Appeal from Circuit Court Marion county.

*William Hocker and H. L. Anderson,* for Appellants.

*Shackleford & Pettingill,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on motion of counsel for appellee.